No. 43,505

The State of Kansas, *Appellee,* v. Antoine Bontz, *Appellant.*

(386 P. 2d 205)

Opinion filed November 2, 1963.

*Ralph R. Brock,* of Wichita, argued the cause, and *Lester L. Morris, Verne M. Laing, Ferd E. Evans, Jr., Joseph W. Kennedy,* and *C. Robert Bell,* all of Wichita, were with him on the briefs for the appellant.

*Owen J. Ballinger,* deputy county attorney, argued the cause, and *William M. Ferguson,* attorney general, *Keith Sanborn,* county attorney, and *William J. Tomlinson,* deputy county attorney, were with him on the briefs for the appellee.

The opinion of the court was delivered by

Robb, J.: This is an appeal in a criminal proceeding wherein defendant was charged with violation of G. S. 1949, 21-554, known as the "worthless check" act.

In *State v. Bontz,* 192, Kan. 158, 386 P. 2d 201, this day decided, the same defendant was charged with the same crime although the payee of the check and the date and amount thereof are all different. However, due to the similarity of the questions raised in the two cases, the rulings made in No. 43,504 are controlling here and they need not be repeated.

Judgment affirmed.

Price, J., not participating.